**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself                     Case No.: 1:23-cv-09622-LJL
and all others similarly situated,
                        Plaintiff,            **NOTICE OF VOLUNTARY**
                                                       **DISMISSAL WITH PREJUDICE**

               -against-

PAPIER, INC.
                        Defendant.
-----------------------------------------------------------x

        **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
           April 11, 2024

                                                                            Respectfully Submitted,

                                                                              */ s / Noor A. Saab, Esq.*
                                                                              By: Noor A. Saab Esq.
                                                                              *Attorney for Plaintiff*
                                                                              **The Law Office of Noor A. Saab**
                                                                              380 North Broadway, Penthouse West
                                                                              Jericho, New York 11753
                                                                              Tel: 718-740-5060
                                                                              Email: noorasaablaw@gmail.com